UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

       BEINISH TECH LLC,

                   Debtor.
-----------------------------------------------------------x

Chapter 11
Case No. 25-43856-ess

### ORDER SCHEDULING CONTINUED HEARING ON THE DEBTOR'S FAILURE TO BE REPRESENTED BY COUNSEL

WHEREAS, on August 11, 2025, Beinish Tech LLC (the "Debtor"), *pro se*, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, the Debtor is an entity and is not an individual; and

WHEREAS, courts in this Circuit have concluded that an entity "must appear through licensed counsel" in federal court, *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007); and

WHEREAS, on August 11, 2025, the Clerk of the Court filed a notice of hearing on deficient Chapter 11 case for Debtor's failure to be represented by counsel (the "Notice"); and

WHEREAS, in the Notice, the Clerk of the Court directed the Debtor's counsel to file a notice of appearance with the Court within fourteen days of the date of the Notice; and

WHEREAS, on October 3, 2025, the Court held a hearing on the Debtor's failure to be represented by counsel, at which the Debtor did not appear; and

WHEREAS, as of the date of this Order, the Debtor has not retained counsel; and

WHEREAS, if the Debtor does not retain counsel, then this case may be dismissed.

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a continued, in-person hearing on the Debtor's failure to be represented by counsel, as well as an initial case management conference, on **November 25, 2025, at 2:00 p.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585,

United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that the Debtor is directed to appear, in person, at the November 25, 2025, hearing, to show cause why this case should not be dismissed for failure to be represented by counsel; and it is further

ORDERED, that counsel for the Debtor is directed to file a Notice of Appearance with the Court on or before November 24, 2025; and it is further

ORDERED, that if counsel for the Debtor files a Notice of Appearance on or before November 24, 2025, then the November 25, 2025, hearing will be marked off the calendar, and only the appearance at the adjourned case management conference will be required; and it is further

**ORDERED, that this hearing will be conducted in person. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two days before the hearing.**

**Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.**



Dated: Brooklyn, New York
October 8, 2025

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

*Debtor*
**Beinish Tech LLC**
1501 Ave M
Brooklyn, NY 11230

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408